UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:3:09-cv-01169-TJC-JRK

SCOTT MONACO, BRIAN NICHOLSON, *et al.*,

    Plaintiffs,

vs.

CITY OF JACKSONVILLE, a Florida municipality,

    Defendant.

_____/

### NOTICE OF CLASS CERTIFICATION

*If you are an employee of the City of Jacksonville, Florida and have been excluded from the General Employees Retirement Plan or the City of Jacksonville Corrections Officers' Retirement Plan, a class action lawsuit may affect your rights.*

*A court authorized this notice. This is not a solicitation from a lawyer.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | Stay in this lawsuit. Await the outcome. Give up certain rights.<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. But, you give up any rights to sue the City of Jacksonville separately about the same legal claims in this lawsuit. |

| | |
|---|---|
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it.**<br><br>If you ask to be excluded from this lawsuit and money or benefits are later awarded, you will not share in those. But, you keep any rights to sue the City of Jacksonville separately about the same legal claims. If you choose to bring your own claim, you may enter an appearance through an attorney of your choosing, but it will be at your own expense. |

*Your options are explained in this notice. To ask to be excluded from the lawsuit, you must act before **October 19, 2010**.*

## BASIC INFORMATION

### What is this lawsuit about?

Plaintiffs are employees of the City of Jacksonville (the "City" or "Defendant") who have brought this lawsuit on their own behalf and, alternatively, on behalf of two classes of City employees (defined below). This lawsuit is brought against the City under the Americans With Disabilities Act of 1990 (the "ADA") and the Vocational Rehabilitation Act (the "Rehabilitation Act") and as a breach of contract action based on the City of Jacksonville General Employees Retirement Plan and the City of Jacksonville Corrections Officers' Retirement Plan (the "Pension Plans").

The lawsuit alleges that the City excluded employees from participating in and receiving the benefits of the Pension Plans. The purpose of the lawsuit is to secure and obtain relief for those excluded employees who were denied participation in the benefits of the Pension Plans.

Plaintiffs allege that they and members of the classes were unlawfully excluded from the Pension Plans in contravention of the City's ordinance governing its pension obligations, because of perceived disabilities discovered through medical examinations required by the City as a condition of employment with the City. Plaintiffs contend that, as a result, Plaintiffs and members of the classes were left with no alternative other than to participate in the federal Social Security program, which Plaintiffs contend provided substantially lesser benefits than the Plaintiffs and class members would have received under the Pension Plans.

The City of Jacksonville denies that Plaintiffs' claims are true and disputes Plaintiffs' allegations that it wrongfully excluded Plaintiffs and members of the classes from the Pension Plans or applied the wrong buy-back calculations.

## What is the history of the litigation?

Plaintiffs began this action on December 2, 2009, filed an Amended Complaint on January 12, 2010 and a Second Amended Complaint on February 26, 2010. Defendant answered the Second Amended Complaint on March 26, 2010.

On March 1, 2010, Plaintiffs filed a Motion for Class Certification, requesting certification of two plaintiff classes consisting of current employees of the City of Jacksonville. The Court issued an Order dated June 21, 2010, certifying the case as a class action, on behalf of two (2) plaintiff classes and requiring that this Notice be disseminated. The following individuals were appointed as class representatives: Plaintiffs Kenneth Tanner and Christy Sames as representatives of Class 1, as defined below; and Plaintiffs Lynette Clinch and Edwin Hernandez as representatives of Class 2, as defined below. The Court also approved the law firms of Bogen Law Group, P.A., Sugarman & Susskind, P.A. and Spector Roseman Kodroff & Willis, P.C. to serve as Class Counsel.

## Who is part of the Classes?

According to the Court's Class Certification Order, anyone who meets the following definition is part of the classes (the "Classes"):

> All current employees of the City of Jacksonville who were:
>
> (1) excluded from participating in the City of Jacksonville's Retirement System and remain excluded; or
>
> (2) excluded from the Retirement System during their employment but later were permitted to buy back into the plan at the existing pension buy-back rate without discount or credit for social security contributions.

Each of the Classes consists of the following five (5) sub-groups or sub-classes of such employees who have been excluded from the Pension Plans:

> Sub-Class 1 – Employees who worked for the City 5 full years or less;
> Sub-Class 2 – Employees who worked for the City more than 5 years but less than 10 years;
> Sub-Class 3 – Employees who worked for the City at least 10 years but less than 20 years;

Sub-Class 4 – Employees who worked for the City at least 20 years but less than 30 years; and

Sub-Class 5 – Employees who worked for the City 30 years or more.

## OPTING-OUT OF THE CLASS ACTION

**Do I have to take any action to remain a member of the Classes?**

No. If you are within the description of the Classes described above in this notice, you will automatically be considered part of the class action and do not need to take any action at this time. If you remain a member of either of the Classes, any judgment in the class action will be binding on you.

If you do not want to participate in the class action, you must "opt-out" or exclude yourself from the litigation. If you opt-out of the class action, you will be responsible for either settling your individual claim with the City or bringing your own lawsuit against the City in connection with the claims alleged. If you choose to bring your own claim, you may enter an appearance through an attorney of your choosing at your own expense. Further, if you opt-out, you will not be eligible to share in any recovery obtained by Plaintiffs in this lawsuit.

To opt-out of this lawsuit, you must write a letter, via email or fax, addressed to both Class Counsel and Counsel for Defendant, the City of Jacksonville, *by October 19, 2010*. Counsels' contact information is as follows:

Mark D. Bogen
Michael D. Bogen
Bogen Law Group, P.A.
1900 Glades Road, Suite 354
Boca Raton, FL 33431
Email: bogen2000@gmail.com
Tel: (561) 392-8555
Fax: (561) 392-1221

Robert A. Sugarman
D. Marcus Braswell, Jr.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Email: mbraswell@sugarmansusskind.com
Tel: (305) 529-2801
Fax: (305) 447-8115

Mark S. Willis
Spector Roseman Kodroff & Willis, P.C.
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Email: mwillis@srkw-law.com
Tel: (202) 756-3600
Fax: (202) 756-3602

*COUNSEL FOR PLAINTIFFS AND THE CLASSES*

Cindy A. Laquidara
Chief Deputy General Counsel
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Email: CindyL@coj.net
Tel: (904) 630-1728
Fax: (904) 630-1731

*COUNSEL FOR DEFENDANT CITY OF JACKSONVILLE*

### Can I have my own lawyer?

Yes, you can be represented by your own lawyer, but you will have to pay all of your own lawyer's fees and expenses.

## FOR FURTHER INFORMATION

If you have questions concerning your legal rights as a member of this class action lawsuit, you may review the complete terms of the Court's Class Certification Order and other Court filings at the office of the Clerk, United States District Court for the Middle District of Florida, Jacksonville Division, Bryan Simpson United States Courthouse, Room 9-150, 300 North Hogan Street, Jacksonville, FL 32202. You may also contact your own lawyer or any of the lawyers listed above as Counsel for Plaintiffs and the Classes.

*Please do not direct any questions to the Clerk's office or the Judge.*

Dated:_____, 2010

Clerk
United States District Court
Middle District of Florida
Jacksonville Division