United States District Court
Middle District of Florida
Jacksonville Division

SCOTT MONACO ET AL.,

     *Plaintiffs,*

v.                                           No. 3:09-CV-1169-J-32PDB

CITY OF JACKSONVILLE,

     *Defendant.*

_____

## Order

Without opposition from the defendant and having complied with Local Rules 2.03(b) and 3.01(g), Sugarman & Susskind, P.A., and attorneys Robert A. Sugarman, D. Marcus Braswell, Jr., Noah Scott Warman, and Dustin L. Watkins seek permission to withdraw as the plaintiffs' counsel in this case. Doc. 169. They explain Bogen Law Group and its attorneys will continue to represent the plaintiffs in this case. Doc. 169 at 2–3. Because the motion is unopposed and the plaintiff remains represented, the Court **grants** the motion to withdraw, Doc. 169, and permits Sugarman & Susskind, Mr. Sugarman, Mr. Braswell, Mr. Warman, and Mr. Watkins to withdraw from representing the plaintiffs in this case. The Court directs the clerk to update the docket accordingly and terminate Mr. Warman's earlier motion to withdraw, Doc. 165.

The motion does not mention the firm Spector, Roseman, Kodroff & Willis, PC or its attorneys Andrew D. Abramowitz, Daniel Marachi, and Mark Willis, or the firm Gary, Williams, Parenti, Watson & Gary, PL, and its attorney Willie Edward Gary. *See generally* Doc. 169. They have appeared for the plaintiffs in this case but have never moved for permission to withdraw and therefore remain counsel for the plaintiffs in this case. If they wish to withdraw, they must file a motion. If Mr. Willis wishes to remain counsel for the plaintiffs in this case, because he had designated

Mr. Sugarman to act as local counsel, *see* Docs. 24, 25, he must file a new written designation and consent-to-act in compliance with Local Rule 2.02(a) by **September 15, 2017**. If Mr. Abramowitz and Mr. Mirachi wish to remain counsel for the plaintiffs in this case, they must move for leave to appear pro hac vice in accordance with Local Rule 2.02(a) by **September 15, 2017**.

It remains unclear who intends to represent the plaintiffs in this case. Remaining counsel of record for the plaintiffs still must comply with the Court's June 27, 2017, order directing the plaintiffs to notify the Court of the status of counsel and whether they intend to proceed with this case by **August 28, 2017**. Doc. 168.

**Ordered** in Jacksonville, Florida, on August 22, 2017.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Counsel of Record

     Robert A. Sugarman
     D. Marcus Braswell, Jr.
     Noah Scott Warman
     Dustin L. Watkins