# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT MONACO, et al.,

    Plaintiffs,

v.

CITY OF JACKSONVILLE,

    Defendant.

CASE NO.: 3:09-cv-1169-J-32PDB

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED APRIL 19, 2018**

Plaintiffs, by and through their undersigned counsel, files its response to the Court's Order to Show Cause dated April 19, 2018, and in support hereof, states the following:

1. The Bogen Law Group, P.A., is in the process of securing substitute counsel to take over the litigation for the Plaintiffs.

2. An affidavit of Joshua D. Rydell, Esq., attached hereto as Exhibit A, will demonstrate that the Bogen Law Group, P.A. has been diligently attempting to secure new counsel and requests that the Court permit thirty (30) days from the date of the Court's Order for the Plaintiffs to take action in this case.

3. Due to the significant number of plaintiffs in this case and the large amount of work, it has been difficult to locate other law firms that would undertake this litigation. However, as stated in the attached affidavit, it will be known if there is another law firm to take over the litigation on or before June 20, 2018.

4. There is no prejudice to the Defendant to permit the Plaintiffs an additional thirty (30) days as requested herein; however, to deny Plaintiffs request will cause prejudice to the Plaintiffs.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court enter an order requiring Plaintiffs to take action necessary to prosecute this case within thirty (30) days from the date of such order, and any further relief deemed just and proper.

Dated: May 14, 2018

Respectfully submitted,

   /s/ Michael D. Bogen
Michael D. Bogen, Esq.
Fla. Bar No. 84898
Bogen Law Group, P.A.
1 E. Broward Blvd. Ste. 700
Ft. Lauderdale, FL 33301
Tel:    954-525-0751
Email: Michael@condolaw.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT MONACO, et al.,

    Plaintiffs,

v.

CITY OF JACKSONVILLE,

    Defendant.

CASE NO.: 3:09-cv-1169-J-32PDB

## AFFIDAVIT OF JOSHUA D. RYDELL, ESQ.

STATE OF FLORIDA    )
COUNTY OF BROWARD  )

COMES NOW affiant, Joshua D. Rydell, Esq., who after being duly sworn, affirms and states:

1. My name is Joshua D. Rydell and I am an attorney licensed to practice in the state of Florida. I have personal knowledge of the statements herein.

2. Mark Bogen, Esq., attorney for the Plaintiffs in the above referenced action, approached me in the beginning of 2018 to take over the litigation of this case for the Plaintiffs.

3. After learning about the case and the number of plaintiffs involved, I have realized that I would need co-counsel to assist me.

4. In addition to the above, I have had an active caseload causing a delay in the search for co-counsel to help assist me with this case.

5. I will know by June 20, 2018 whether I will have the appropriate assistance to undertake this litigation.

AFFIANT FUTHER SAYETH NAUGHT.

_____
Joshua D. Rydell

Sworn to and subscribed before me on May <u>14</u>, 2018, by Joshua D. Rydell, who is <u>personally known</u> to me / produce identification _____, and who did take an oath.

_____
Notary Public
State of Florida
My Commission Expires:

